HUNT & HENRIQUES
Kurtiss A. Jacobs # 218950
Donald Sherrill, Esq. # 266038
Jessica L. Danielski, Esq. # 308940
151 Bernal Road #8
San Jose, CA 95119-1306
Telephone (408) 414-0369
Facsimile (408) 360-8482

Attorneys for Hunt & Henriques, Inc.
File no. 1041225

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Ordonez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Hunt & Henriques, Inc.<br><br>　　　　Defendant;<br><br>---<br><br>Hunt & Henriques, Inc.,<br><br>　　　　Cross-complainant,<br><br>　vs.<br><br>George Ordonez,<br>Christian Ordonez, and<br>DOES 1 through 10, inclusive,<br><br>　　　　Cross-defendants. | Civil action no.: 2:16-cv-01596-TLN-GGH<br><br>**Declaration of Michael Hunt** |

I, Michael Hunt, state:

1. I am an attorney licensed in California.

2. I am a partner of Hunt & Henriques.

3. Hunt & Henriques is a law partnership that has operated continuously for over 30 years.

1

4. In the regular course of its business, Hunt & Henriques, on behalf of others, collects debts as the term "debt" is defined in California Civil Code § 1788.2(d).

5. At the time that Hunt & Henriques begins attempting to collect any given debt, all of its written and telephonic communications are made with the intent of resolving the debt voluntarily if possible, but with the understanding that litigation might be necessary if the person who owes the debt is unwilling or unable to settle the account.

6. I am a custodian of Hunt & Henriques's business records. Hunt & Henriques's business records are made in the regular course of business by employees charged with the business duty of accurately recording acts, conditions, and events at or near the time of their occurrence into an electronic database that is searchable by name, account number, and other criteria.

7. Hunt & Henriques's business records reflect that on July 13, 2015, its non-attorney account representative Gary Carter called the telephone number identified in ¶ 13 of plaintiff's complaint in this action.

8. Hunt & Henriques's business records reflect that on September 10, 2015, a different non-attorney account representative called the telephone number identified in ¶ 18 of plaintiff's complaint in this action.

9. I am a shareholder in Hunt & Henriques, Inc.

10. Hunt & Henriques, Inc. was incorporated on January 4, 2016.

11. Hunt & Henriques, Inc. has no employees.

12. Hunt & Henriques, Inc. has not yet begun business operations.

13. In short, Hunt & Henriques, Inc. did not exist during any of the period covered by plaintiff's factual allegations; i.e., July 13 through September 10, 2015.

14. Thus, plaintiff has clearly sued the wrong person.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 31, 2016, at San Jose, Santa Clara County, California.

_____
Michael Hunt