**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile:  805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, GEORGE ORDONEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HUNT & HENRIQUES, INC.,<br><br>　　　　　　Defendant.<br>_____<br>HUNT & HENRIQUES, INC.,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive,<br><br>　　　　　　Counterdefendants. | CASE NO:   2:16-cv-01596-TLN-GG<br><br>ORDER FOR CONTINUANCE<br><br>Date:　　　　October 6, 2016<br>Time:　　　　2:00 p.m.<br>Courtroom:　  2<br>Judge:　　　  Honorable Troy L. Nunley |

1   Based on the Stipulation and Request for Continuance filed in this action, the
2   hearing scheduled for October 6, 2016 at 2:00 p.m. shall be continued until November
3   3, 2016 at 2:00 p.m. due to the unavailability of Plaintiff's Counsel, Therese S. Harris for
4   pre-scheduled out of country travel.
5   Counsel is to keep the same briefing schedule with the Opposition due on
6   September 22, 2016 and the Reply due on September 29, 2016.
7   Ordonez is not to argue that the continued hearing date violates Code of Civil
8   Procedure sec. 425.16(f).

10  IT IS SO ORDERED:

12  Dated: September 8, 2016

                                            _____
                                            Troy L. Nunley
                                            United States District Judge