**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, GEORGE ORDONEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>HUNT & HENRIQUES, INC.,<br><br>              Defendant.<br>_____<br>HUNT & HENRIQUES, INC.,<br><br>              Counterclaimant,<br><br>     vs.<br><br>GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive,<br><br>              Counterdefendants. | CASE NO:   2:16-cv-01596-TLN-GG<br><br>DECLARATION OF THERESE S. HARRIS IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT'S ATTORNEY FEES AND COSTS<br><br>Date:          October 6, 2016<br>Time:          2:00 p.m.<br>Courtroom:   2<br>Judge:         Honorable Troy L. Nunley |

I, THERESE S. HARRIS, am the attorney of record for the Plaintiff, GEORGE ORDONEZ, in the above-entitled action and declare under penalty of perjury as follows:

I am an attorney at law, duly licensed to practice law in the State of California

under Bar No: 246711.  I have practiced law for over nine years and I devote approximately 50% of my time to consumer protection cases.  I was retained by the Plaintiff herein to represent him on March 31, 2016.  My contract rate is $350.00 per hour.

**Plaintiff should be awarded attorney's fees and costs, as well as sanctions for Defendant filing a frivolous Anti-SLAPP Motion**

1. A Complaint was filed in this matter against Defendant, Hunt & Henriques, Inc. for their numerous violations against the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. (FDCPA) and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788, et seq. (RFDCPA) against the Plaintiff George Ordonez.

2. When the violations of the FDCPA and RFDCPA occurred beginning on July 13, 2015, the Defendant was only known as Hunt & Henriques.  Hunt & Henriques did not become incorporated until January 2016.

3. When completing a business entity search with the California Secretary of State for the Registered Agent for service of process, there were no matches for Hunt & Henriques.  There was a business entity match for Hunt & Henriques, Inc.  Please see Exhibit "A".  Hunt & Henriques is the same business entity as Hunt & Henriques, Inc.  They are located at the same address, 151 Bernal Road, Suite 8, San Jose, CA 95119.  Please see Exhibit "B".  Janalie A. Henriques is the Registered Agent for Hunt & Henriques, Inc. also with an address of 151 Bernal Road, Suite 8, San Jose, CA 95119.  Janalie A. Henriques is also listed with the California State Bar Association with an address at Hunt & Henriques, 151 Bernal Road, Suite 8, San Jose, CA 95119.  Please see Exhibit "C".  Janalie Henriques is also listed on Hunt & Henriques website under the "Partners" tab.  Please see Exhibit "D".

4. Defendant's claims in their Anti-SLAPP Motion are frivolous and insincere.  The Defendant is wasting the Court's time and increasing Plaintiff's attorney fees on a Motion that is solely intended to cause delay.  Defendant could have stated in its' pleadings "erroneously sued as" or allowed the Plaintiff a chance to

1  amend the Complaint to just Hunt & Henriques.  Per *California Code of Civil Procedure*
2  *§425.16(c)(1)*, "If the court finds that a special motion to strike is frivolous or is solely
3  intended to cause unnecessary delay, the court shall award costs and reasonable
4  attorney's fees to a plaintiff prevailing on the motion, pursuant to Section 128.5."
5  　　　5.　　The Plaintiff has incurred $4,287.50 (12.25 hours @ $350.00/hr) as of this
6  date to defend against this frivolous Anti-SLAPP Motion to Strike and it is estimated
7  that Plaintiff will incur an additional $4,200.00 (12 hours @ $350.00/hr) to prepare and
8  travel 262 miles each way to attend the hearing.  The attorney fees and costs incurred
9  by my Client were unnecessary and should be paid by the Defendant.  In addition,
10 Hunt & Henriques did not meet and confer with my office prior to filing their frivolous
11 motion to dismiss.
12 　　　6.　　I respectfully request that the Court grant attorney fees and costs, as well
13 as sanctions against the Defendant in the amount of $8,487.50, or in the alternative that
14 the Court deems just and proper.
15 　　　I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct.
17
18 DATED: September 15, 2016　　　　　　　　/s/ Therese S. Harris_____
19 　　　　　　　　　　　　　　　　　　　　　　　THERESE S. HARRIS, Declarant