EXHIBIT "A'"

 Secretary of State banner

---

**Secretary of State Main Website**      **Business Programs**   **Notary & Authentications**   **Elections**   **Campaign & Lobbying**

**Business Entities (BE)**

Online Services
- **E-File Statements of
  Information for
  Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information**
(annual/biennial reports)

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
  Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, September 13, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | HUNT & HENRIQUES, INC. |
| **Entity Number:** | C3859431 |
| **Date Filed:** | 01/04/2016 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 151 BERNAL RD STE 8 |
| **Entity City, State, Zip:** | SAN JOSE CA 95119 |
| **Agent for Service of Process:** | JANALIE A HENRIQUES |
| **Agent Address:** | 151 BERNAL RD STE 8 |
| **Agent City, State, Zip:** | SAN JOSE CA 95119 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**     **New Search**     **Printer Friendly**     **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2016   California Secretary of State

EXHIBIT "B"



- ► HOME
- ► SERVICES
- ► PARTNERS
- ► SECURITY
- ► ASSOCIATIONS
- ► CAREER OPPORTUNITIES
- ► CONSUMERS
- ► CONTACT US

## Over 20 Years
## of Experience

### Contact Us

Hunt & Henriques
Attorneys at Law
151 Bernal Road Suite 8
San Jose, CA 95119

Phone:
408-362-2270
800-680-2426

Fax:
408-362-2299

Contact Name

Contact Email

Alternate Email

Phone Number

Contact Fax

Street Address

Comments

Submit Form

THIS FIRM IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

EXHIBIT "C"

Case 2:16-cv-01596-TLN-GGH   Document 12-2   Filed 09/15/16   Page 6 of 8



Thursday, September 15, 2016

## ATTORNEY SEARCH

### Janalie Ann Henriques - #111589

#### Current Status:  Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| Bar Number: | 111589 | | |
|---|---|---|---|
| Address: | Hunt & Henriques | Phone Number: | (408) 362-2270 |
| | 151 Bernal Rd #8 | Fax Number: | (408) 362-2299 |
| | San Jose, CA 95119 | | |
| | Map it | e-mail: | Not Available |
| County: | Santa Clara | Undergraduate School: | California St Univ Sacramento; CA |
| District: | District 6 | | |
| Sections: | None | Law School: | Lincoln Univ; CA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/12/1983 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions

Overview of the attorney discipline system.

This member has no public record of discipline.

#### Administrative Actions

This member has no public record of administrative actions.

Start New Search »

Contact Us  |  Site Map  |  Privacy Policy  |  Notices  |  Public Records Request  |  Accessibility  |  FAQ

Copyright © 2016, The State Bar of California

EXHIBIT "D"





- ▸ HOME
- ▸ SERVICES
- ▸ PARTNERS
- ▸ SECURITY
- ▸ ASSOCIATIONS
- ▸ CAREER OPPORTUNITIES
- ▸ CONSUMERS
- ▸ CONTACT US



## Partners

**Michael S. Hunt**
Undergraduate School: San Jose State University
Law School: Lincoln University
Admitted: California State Bar Association 12/1/1981
State Bar Number: 99804

**Janalie A. Henriques**
Undergraduate School: Sacramento State University
Law School: Lincoln University
Admitted: California State Bar 12/12/1983
State Bar Number: 111589

## Associates

**Anthony DiPiero**
Undergraduate School: Cal Poly San Luis Obispo
Law School: Santa Clara University School of Law
Admitted: California State Bar 12/7/2009
State Bar Number: 268246

**Charles Glauberman**
Undergraduate School: Drake University
Law School: University of Kansas School of Law
Admitted: California State Bar 12/18/2008
State Bar Number: 261649

**Kurtiss Jacobs**
Undergraduate School: University Of California Berkeley
Law School: UC Hastings College of the Law
Admitted: California State Bar 3/20/2002
State Bar Number: 218950

**Karin Rumstedt**
Undergraduate School: U.C. Berkeley
Law School: U.C. Berkeley SOL Boalt Hall
Admitted: California State Bar 1/25/1978
State Bar Number: 79337

**Donald Sherrill**
Undergraduate School: Chadron State College
Law School: Golden Gate University-School of Law