1  **THERESE S. HARRIS (SBN 246711)**
   OF COUNSEL
2  M. HARVEY REPHEN & ASSOCIATES, P.C.
   935 RIVERSIDE DRIVE, SUITE 7B
3  PASO ROBLES, CA 93446
   Telephone: 805-369-2053
4  Facsimile: 805-715-7824
   tharris@tharrislawoffice.com
5

6  Attorney for Plaintiff, GEORGE ORDONEZ

7

8

9              **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  GEORGE ORDONEZ, an individual, | CASE NO:   2:16-cv-01596-TLN-GG |
| 13              Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| 14       vs. | |
| 15  HUNT & HENRIQUES, INC., | |
| 16              Defendant. | |
| 17  _____ | |
| 18  HUNT & HENRIQUES, INC., | |
| 19              Counterclaimant, | |
| 20       vs. | |
| 21  GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| 22 | |
| 23              Counterdefendants. | |

24

25

26

27

28

1    Based on the Stipulation to Extend Deadline to File Responsive Pleading to
2 Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant,
3 GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a
4 responsive pleading to Defendant's Counterclaim is hereby extended to November 10,
5 2016.
6
7 IT IS SO ORDERED:
8
  Dated: September 21, 2016
9
10
11 _____
   Troy L. Nunley
12 United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28