HUNT & HENRIQUES
Kurtiss A. Jacobs # 218950
Donald Sherrill, Esq. # 266038
Jessica L. Danielski, Esq. # 308940
151 Bernal Road #8
San Jose, CA 95119-1306
Telephone (408) 414-0369
Facsimile (408) 360-8482

Attorneys for Hunt & Henriques, Inc.
File no. 1041225

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Ordonez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Hunt & Henriques, Inc.<br><br>　　　　Defendant;<br>_____<br><br>Hunt & Henriques, Inc.,<br><br>　　　　Cross-complainant,<br><br>　　vs.<br><br>George Ordonez,<br>Christian Ordonez, and<br>DOES 1 through 10, inclusive,<br><br>　　　　Cross-defendants. | Civil action no.: 2:16-cv-01596-TLN-GGH<br><br>**SUPPLEMENTAL Declaration of Michael Hunt** |

I, Michael Hunt, state:

1. I am an attorney licensed in California.
2. I am a partner of Hunt & Henriques, which is a law partnership that has operated in California continuously since the early 1980s.

1

3. As of today, Hunt & Henriques is still operating as a debt collection law firm.

4. I am also a shareholder in Hunt & Henriques, Inc.

5. Hunt & Henriques, Inc. was incorporated on January 4, 2016. As of today, Hunt & Henriques, Inc. has never had any employees and has not yet begun business operations.

6. I am aware that Therese S. Harris has submitted a declaration in this action, and that in ¶ 3, specifically at 2:17 of that declaration, she states as fact—not as conclusion, not as deduction, not even as surmise, but as *fact*—that "Hunt & Henriques is the same business entity as Hunt & Henriques, Inc."

7. Harris's sworn statement is false. Hunt & Henriques and Hunt & Henriques, Inc. are *different* business entities. They both still exist. Hunt & Henriques still appears daily in courts in every county in California; Hunt & Henriques, Inc., has never conducted a single business transaction.

8. It is true that Hunt & Henriques and Hunt & Henriques, Inc., share the same address—just as George Ordonez and Christian Ordonez share the same address. In neither case does it mean that the two are the same person. *As a matter of law*, Hunt & Henriques and Hunt & Henriques, Inc., are different persons.

9. Harris's exhibits A, B, C, and D are consistent with Hunt & Henriques and Hunt & Henriques, Inc., being the same entity. But they are also consistent with Hunt & Henriques and Hunt & Henriques, Inc., being different entities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 29, 2016, at San Jose, Santa Clara County, California.

_____
Michael Hunt