HUNT & HENRIQUES
Kurtiss A. Jacobs # 218950
Donald Sherrill, Esq. # 266038
Jessica L. Danielski, Esq. # 308940
151 Bernal Road #8
San Jose, CA 95119-1306
Telephone (408) 414-0369
Facsimile (408) 360-8482

Attorneys for Hunt & Henriques, Inc.
File no. 1041225

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Ordonez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hunt & Henriques, Inc.<br><br>　　　　Defendant;<br><br>―――――――――――<br><br>Hunt & Henriques, Inc.,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>George Ordonez,<br>Christian Ordonez, and<br>DOES 1 through 10, inclusive,<br><br>　　　　Counterdefendants. | Civil action 2:16-cv-01596-TLN-GGH<br><br>**REQUEST FOR JUDICIAL NOTICE in support of anti-SLAPP motion to strike complaint**<br><br>**(Federal Rule of Evidence 201)**<br><br>Date:　　October 6, 2016*<br>Time:　　2:00 p.m.<br>Courtroom:　2<br><br>The Honorable Troy L. Nunley, Judge<br><br>*Continued to November 3, 2016 by order signed September 8, 2016 |

1

To the Honorable Court:

Defendant Hunt & Henriques, Inc., respectfully requests under Federal Rule of Evidence 201(c)(2) that the court take judicial notice of the following facts:

- *Capital One Bank (Usa), N.A. v. George C. Ordonez*, Superior Court of California, County of San Joaquin case no. 2015-0011443 was filed on November 17, 2015
- Case no. 2015-0011443 was filed by Hunt & Henriques, and not by Hunt & Henriques, Inc.

A true copy of the complaint filed in case no. 2015-0011443 is attached as exhibit JN-1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 28, 2016 at Concord, California.

_____
Kurtiss A. Jacobs

STAMP TO AVOID IMAGE DELETION

STAMP TO AVOID IMAGE DELETION

STAMP TO AVOID IMAGE DELETION

STAMP TO AVOID IMAGE DELETION

**Exhibit JN-1**

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Hunt & Henriques, Attorneys at Law<br>Michael S. Hunt #99804 \| Janalie Henriques #111589 \| Andrea Watkins #271138<br>151 Bernal Road Suite 8<br>San José CA 95119-1306<br>TELEPHONE NO: (800) 680-2426    FAX NO. *(Optional)*: (408) 362-2299<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | FILED<br>SUPERIOR COURT - STOCKTON<br>2015 NOV 17 PM 3:54<br>ROSA JUNQUEIRO, CLERK<br>BY Angela Constantino<br>DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
STREET ADDRESS: 222 E. Weber Ave. /Po Box 201022
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton CA 95202-9022
BRANCH NAME: Stockton Branch, Civil Department

PLAINTIFF: CAPITAL ONE BANK (USA), N.A.

DEFENDANT: GEORGE C ORDONEZ

☐ DOES 1 TO _____

**CONTRACT**
[X] COMPLAINT    ☐ AMENDED COMPLAINT *(Number)*:
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT *(Number)*:

Jurisdiction *(check all that apply)*:
[X] ACTION IS A LIMITED CIVIL CASE    $3,579.84
Amount demanded [X] does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:
STK-CV-LCCR-2015-0011443

*THIS CASE HAS BEEN ASSIGNED TO JUDGE CARTER P. HOLLY IN DEPARTMENT 41 FOR ALL PURPOSES, INCLUDING TRIAL*

1. **Plaintiff*** *(name or names)*: CAPITAL ONE BANK (USA), N.A.

   alleges causes of action against **defendant*** *(name or names)*: GEORGE C ORDONEZ

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff *(name)*: CAPITAL ONE BANK (USA), N.A.
       (1) ☐ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity *(describe)*:
       (3) [X] other *(specify)*: A National Banking Association organized and existing under and by virtue of the laws of the United States of America
   b. ☐ Plaintiff *(name)*:
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:
      b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   ☐ except defendant *(name)*:                          except defendant *(name)*:
       (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
       (2) ☐ a corporation                                (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe)*:       (3) ☐ an unincorporated entity *(describe)*:
       (4) ☐ a public entity *(describe)*:                (4) ☐ a public entity *(describe)*:
       (5) ☐ other *(specify)*:                           (5) ☐ other *(specify)*:

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
1086299.001

PLD-C-001

| SHORT TITLE: CAPITAL ONE BANK (USA), N.A. v. GEORGE C ORDONEZ | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☒ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $3,579.84
    b. ☒ interest on the damages
       (1) ☐ according to the proof
       (2) ☒ at the rate of *(specify):* 0.0000 percent per year from *(date):* October 13, 2014
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☒ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
    CC-1.a.(1), CC-1.a.(2), CC-1.b.(4), CC-1.b.(5)

Date: November 11, 2015

Andrea Watkins #271138                                       /s/ Andrea Watkins #271138
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev January 1, 2007]         **COMPLAINT—Contract**                          Page 2 of 2
                                                                                        1086299.001

PLD-C-001(2)

| SHORT TITLE: CAPITAL ONE BANK (USA), N.A. v. GEORGE C ORDONEZ | CASE NUMBER: |
|---|---|

___FIRST___ CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* CAPITAL ONE BANK (USA), N.A.

alleges that defendant *(name):* GEORGE C ORDONEZ
became indebted to   [X] plaintiff   [ ] other *(name):*

a. [X] within the last four years
   (1) [X] on an open book account for money due.
   (2) [X] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [X] within the last   [ ] two years   [X] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff.
       [ ] the sum of $
       [ ] the reasonable value.
   (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (4) [X] for money lent by plaintiff to defendant at defendant's request
   (5) [X] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify):*

CC-2. $3,579.84 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest  [ ] according to proof  [X] at the rate of ___0.0000___ percent per year from *(date):* October 13, 2014

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
      [ ] of $
      [ ] according to proof.

CC-4. [ ] Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

CAUSE OF ACTION—Common Counts

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

1086299.001