1  **THERESE S. HARRIS (SBN 246711)**
   OF COUNSEL
2  M. HARVEY REPHEN & ASSOCIATES, P.C.
   935 RIVERSIDE DRIVE, SUITE 7B
3  PASO ROBLES, CA 93446
   Telephone: 805-369-2053
4  Facsimile: 805-715-7824
   tharris@tharrislawoffice.com
5

6  Attorney for Plaintiff, GEORGE ORDONEZ

7

8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| GEORGE ORDONEZ, an individual, | CASE NO:   2:16-cv-01596-TLN-GG |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| vs. | |
| HUNT & HENRIQUES, INC., | |
| Defendant. | |
| _____ | |
| HUNT & HENRIQUES, INC., | |
| Counterclaimant, | |
| vs. | |
| GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

1  Based on the Stipulation to Extend Deadline to File Responsive Pleading to
2  Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant,
3  GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a
4  responsive pleading to Defendant's Counterclaim is hereby extended to December 22,
5  2016.
6  IT IS SO ORDERED:
7
8  Dated: November 16, 2016
   
   _____
9  Troy L. Nunley
   United States District Judge