1 | **THERESE S. HARRIS (SBN 246711)**
  | OF COUNSEL
2 | M. HARVEY REPHEN & ASSOCIATES, P.C.
  | P.O. BOX 5084
3 | PASO ROBLES, CA 93447
  | Telephone: 805-369-2053
4 | Facsimile: 805-426-9375
  | tharris@tharrislawoffice.com
5 |
6 | Attorney for Plaintiff, GEORGE ORDONEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ, an individual, | CASE NO:   2:16-cv-01596-TLN-GG |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| vs. | |
| HUNT & HENRIQUES, INC., | |
| Defendant. | |
| _____ | |
| HUNT & HENRIQUES, INC., | |
| Counterclaimant, | |
| vs. | |
| GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

1 | Based on the Stipulation to Extend Deadline to File Responsive Pleading to
2 | Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant,
3 | GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a
4 | responsive pleading to Defendant's Counterclaim is hereby extended to February 2,
5 | 2017.
6 | IT IS SO ORDERED:
7 |
8 | DATED: December 23, 2016
9 |
10 | Troy L. Nunley
United States District Judge