**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
P.O. BOX 5084
PASO ROBLES, CA 93447
Telephone: 805-369-2053
Facsimile: 805-426-9375
tharris@tharrislawoffice.com

Attorney for Plaintiff, GEORGE ORDONEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ, an individual, | CASE NO:   2:16-cv-01596-TLN-GG |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| vs. | |
| HUNT & HENRIQUES, INC., | |
| Defendant. | |
| _____ | |
| HUNT & HENRIQUES, INC., | |
| Counterclaimant, | |
| vs. | |
| GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

1  Based on the Stipulation to Extend Deadline to File Responsive Pleading to
2  Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant,
3  GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a
4  responsive pleading to Defendant's Counterclaim is hereby extended to thirty (30)
5  days after the Court makes its ruling on Plaintiff's Motion for Leave to Amend
6  Complaint which was filed on October 30, 2016 and Defendant's Motion for Sanctions
7  which was filed on November 3, 2016.
8  IT IS SO ORDERED:

9  DATED: March 1, 2017

    _____
    Troy L. Nunley
    United States District Judge