| | |
|---|---|
| 1 | **THERESE S. HARRIS (SBN 246711)** |
| 2 | OF COUNSEL |
|   | M. HARVEY REPHEN & ASSOCIATES, P.C. |
| 3 | P.O. BOX 5084 |
| 4 | PASO ROBLES, CA 93447 |
|   | Telephone: 805-369-2053 |
| 5 | Facsimile: 805-426-9375 |
| 6 | tharris@tharrislawoffice.com |
| 7 | Attorney for Plaintiff, GEORGE ORDONEZ |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ, | CASE NO: 2:16-cv-01596-TLN-GG |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| vs. | |
| HUNT & HENRIQUES, | |
| Defendant. | |
| ——————————————— | |
| HUNT & HENRIQUES, INC., | |
| Counterclaimant, | |
| vs. | |
| GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

1   Based on the Stipulation to Extend Deadline to File Responsive Pleading to
2   Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant,
3   GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a
4   responsive pleading to Defendant's Counterclaim is hereby extended to October 1,
5   2017.
6   IT IS SO ORDERED:

7   Dated: September 20, 2017

_____
Troy L. Nunley
United States District Judge