| | |
|---|---|
| **THERESE S. HARRIS (SBN 246711)** | |
| OF COUNSEL | |
| M. HARVEY REPHEN & ASSOCIATES, P.C. | |
| P.O. BOX 5084 | |
| PASO ROBLES, CA 93447 | |
| Telephone: 805-369-2053 | |
| Facsimile: 805-426-9375 | |
| tharris@tharrislawoffice.com | |

Attorney for Plaintiff, GEORGE ORDONEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ORDONEZ, | CASE NO: 2:16-cv-01596-TLN-GGH |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM |
| vs. | |
| HUNT & HENRIQUES, | |
| Defendant. | |
| HUNT & HENRIQUES, INC., | |
| Counterclaimant, | |
| vs. | |
| GEORGE ORDONEZ, CHRISTIAN ORDONEZ, and DOES 1 through 10, inclusive, | |
| Counterdefendants. | |

1     Based on the Stipulation to Extend Deadline to File Responsive Pleading to Counterclaim filed in this action, the deadline for Plaintiff and Counterdefendant, GEORGE ORDONEZ, and Counterdefendant, CHRISTIAN ORDONEZ, to file a responsive pleading to Defendant's Counterclaim is hereby extended to October 16, 2017 due to settlement negotiations.

IT IS SO ORDERED:

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge