1  **THERESE S. HARRIS (SBN 246711)**
   OF COUNSEL
2  M. HARVEY REPHEN & ASSOCIATES, P.C.
   P.O. BOX 5084
3  PASO ROBLES, CA 93447
   Telephone: 805-369-2053
4  Facsimile:   805-426-9375
   tharris@tharrislawoffice.com
5

6  Attorney for Plaintiff, GEORGE ORDONEZ

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11 | GEORGE ORDONEZ,                                  | CASE NO:  2:16-cv-01596-TLN-GG

12 |           Plaintiff,                             | REQUEST TO DISMISS ENTIRE ACTION

13 |      vs.

14 | HUNT & HENRIQUES, INC.,

15 |           Defendant.

16 | _____

17 | HUNT & HENRIQUES, INC.,

18 |           Counterclaimant,

19 |      vs.

20 | GEORGE ORDONEZ, CHRISTIAN
21 | ORDONEZ, and DOES 1 through 10, inclusive,
22 |           Counterdefendants.

23

24      Plaintiff and Counterdefendant, GEORGE ORDONEZ, and Defendant and

25 Counterclaimant, HUNT & HENRIQUES, INC., have reached settlement in this case.

26 The date of settlement is September 29, 2017.  Pursuant to Federal Rules of Civil

27 Procedure, Rule 41(a)(1)(A)(ii) and through undersigned Counsel, the Parties hereby

28

1 stipulate and request that both the above-entitled actions, the original suit and the
2 counterclaim, shall by dismissed with prejudice.  Each party is to bear their own costs.
3 IT IS SO STIPULATED:
4
5 DATED: October 11, 2017              /s/ Therese S. Harris_____
6                                       THERESE S. HARRIS, Attorney for
                                        George Ordonez
7
8 DATED: October 10, 2017              /s/ Kurtiss Jacobs_____
9                                       Kurtiss Jabobs, Attorney for
                                        Hunt & Henriques, Inc. and
10                                      Hunt & Henriques
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST TO DISMISS ENTIRE ACTION